**FORM B9I** (Chapter 13 Case) (9/16/10)                                      Case Number **10–41951–PGH**

**UNITED STATES BANKRUPTCY COURT**
Southern District of Florida
www.flsb.uscourts.gov

**Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, Deadlines, & Court's Confirmation Procedures**

A chapter 13 bankruptcy case concerning the debtor listed below was filed on 10/20/10. You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be accessed electronically via CM/ECF including at the public access terminals in every clerk's office.  **NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.**

**See Reverse Side For Important Explanations and SDFL Local Court Requirements.**

**Debtor(s) name(s) and address(es)** (for names include married, maiden and trade used by the debtor(s) in the last 8 years):

| | |
|---|---|
| John T Heaston<br>10631 Bexley Blvd<br>Boca Raton, FL 33428 | Frances L Heaston<br>10631 Bexley Blvd<br>Boca Raton, FL 33428 |

| **Case Number:**<br>10–41951–PGH | **Last four digits of Social–Security or Individual Taxpayer–ID (ITIN) No(s)./Complete EIN:** xxx–xx–5872xxx–xx–8640 |
|---|---|
| **Attorney for Debtor(s) (or Pro Se Debtor) name and address:**<br>Christian J. Olson Esq.<br>4901 NW 17 Way # 503<br>Fort Lauderdale, FL 33309<br>**Telephone number:**  954.492.1013 | **Bankruptcy Trustee (name and address):**<br>Robin R Weiner<br>www.ch13weiner.com<br>POB 559007<br>Fort Lauderdale, FL 33355<br>Telephone number:  954–382–2001 |

## MEETING OF CREDITORS

Date:  **December 2, 2010**                      Time:  **09:30 AM**

Location:  **Flagler Waterview Bldg, 1515 N Flagler Dr Rm 870, West Palm Beach, FL 33401**

**NOTE:** Debtors must bring original government–issued photo identification and proof of the social security number (or, if applicable, Tax ID) to this meeting.
**WARNING TO DEBTOR:** Debtors must commence plan payments within 30 days of filing the chapter 13 petition or conversion to chapter 13. Without further notice or hearing the court may dismiss your case for failure to timely pay filing fee installments, failure to appear at the meeting of creditors or failure to be current with plan payments at the time of the meeting of creditors, and for failure to file a pre–bankruptcy certification of credit counseling or file wage documentation. The case may also be dismissed or converted at the scheduled confirmation hearing if the court denies confirmation of the pending plan under 11 U.S.C. § 1325 and denies a request made for additional time for filing another plan or a modification of a plan.

## CONFIRMATION HEARING ON CONTESTED PLAN:

Date:  **January 14, 2011**                      Time:  **08:30 AM**

Location:  **Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom A, West Palm Beach, FL 33401**
**NOTE: Confirmation may occur at an earlier date. Please read the reverse side regarding important objection deadlines.**

### Deadlines:
Documents submitted for filing must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
**For all creditors (except a governmental unit):  3/2/11**     For a governmental unit: **4/18/11** , or as provided by 11 USC Sec. 502(b)(9), whichever is later.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to Object to Exemptions:**
Thirty days after the *conclusion* of the meeting of creditors scheduled in this notice or within thirty days of any amendment to the list or supplemental schedules.

**Deadline to Object to Confirmation and Attorney Fee Claims:**   See explanations on reverse.
**Deadline to File a Complaint to Determine Dischargeability of Certain Debts: 1/31/11**

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the bankruptcy clerk's office where assigned judge is chambered:**<br>Flagler Waterview Bldg<br>1515 N Flagler Dr #801<br>West Palm Beach FL 33401<br>Telephone: 561–514–4100 | |
|---|---|
| **Hours Open:**  Monday – Friday 9:00 AM – 4:30 PM<br>Closed all Legal Holidays | **Clerk of the Bankruptcy Court:**  Katherine Gould Feldman<br>**For:**  Judge  Paul G Hyman Jr<br>**Date:**  10/21/10 |

# EXPLANATIONS

FORM B9I (9/16/10)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor listed on the front side (or the existing case under another chapter has been converted to chapter 13). Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. A copy of the plan is enclosed and information about the confirmation hearing is indicated on the front of this notice and below in the "Deadline to Object to Confirmation Section." The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to exceed or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present with required original government−issued photo identification and proof of the social security number (or Tax ID, if applicable) at the meeting to be questioned under oath by the trustee and by creditors.* **Creditors are welcome to attend, but are not required to do so.** The meeting may be continued and concluded at a later date without further notice. As mandated by the Department of Homeland Security, **ALL** visitors (except minors accompanied by an adult) to any federal building or courthouse, must present a current, valid, government issued photo identification (e.g., drivers license, state identification card, passport, or immigration card). |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. However, if this is a converted case, all claims filed under the initial chapter shall be deemed filed and need not be refiled. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. Claims not filed via CM/ECF can be filed at any clerk's office location using the claim form provided with this notice. To receive acknowledgement of receipt by the clerk, enclose a copy of the claim and an adequate sized stamped self addressed envelope. **If the debtor is not represented by an attorney, you must serve copies of the claim including all attachments, upon the debtor via U.S. Mail. See Local Rule 3002−1(E).** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. Writing a letter to the court or judge is not sufficient. An adversary complaint must be filed in accordance with the applicable rules. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Documents filed conventionally in paper may be filed at any clerk's office location. Documents filed may be viewed in electronic format at any clerk's office public terminal (at no cost for viewing) or via PACER ON THE INTERNET (charges apply). Case filing information and unexpired deadline dates can be obtained by calling the Voice Case Information System: (305)536−5979 or (800)473−0226. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## EXPLANATIONS (CONTINUED) FORM B9I (9/16/10)

| | |
|---|---|
| Deadline to Object to Confirmation | At the Confirmation Hearing on Contested Plan, the court will consider all timely objections to confirmation, and any filed motions to dismiss or convert the case. Except for objections to confirmation based upon valuation of collateral or objections to attorney fee claims, the court will not consider an objection at the confirmation hearing unless it was raised orally or in writing at or before the meeting of creditors. Written objections must be filed and served on the standing chapter 13 trustee and all parties of record at or before the meeting. |
| Uncontested Confirmation of a Plan and Treatment of Debtor's PreConfirmation Payments | Under Local Rule 3015−3(B), if no objection to confirmation or objection to confirmation being held earlier than 20 days after the meeting of creditors are timely raised at or before the meeting of creditors and the enclosed plan does not seek to value collateral pursuant to Local Rule 3015−3(A), and the debtor has filed the required Local Form "Debtor Certificate of Compliance and Request for Confirmation of Chapter 13 Plan" the plan may be confirmed as unopposed at the meeting of creditors, the formal confirmation hearing will be cancelled and an order confirming uncontested plan will be entered. The debtor's pre−confirmation payments will be treated as provided under Local Rule 3070−1(A). |
| Attorney Fee Claims: | Attorney Fee Applications and Objections to Attorney Fees shall be heard at the Confirmation Hearing on Contested Plan. |
| Electronic Bankruptcy Noticing | Parties can now choose to receive all notices (including attachments) served by the clerk's office electronically instead of via US mail. For information on or to register for this free service, contact the Bankruptcy Noticing Center at ebn.uscourts.gov |
| Translating Services | Language interpretation of the meeting of creditors will be provided to the debtor at no cost, upon request to the trustee, through a telephone interpreter service. Persons with communications disabilities should contact the U.S. Trustee's office to arrange for translating services at the meeting of creditors. |

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT Southern District of Florida | PROOF OF CLAIM |
|---|---|
| Name of Debtor: John T Heaston<br>　　　　　　　　Frances L Heaston | Case Number:　10-41951 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent:<br><br><br><br><br>Telephone number: | **Court Claim Number:**_____<br>(*If known*)<br><br><br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check this box if you are the debtor or trustee in this case. |

**1. Amount of Claim as of Date Case Filed:**　　　$_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
　　(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

　　**3a. Debtor may have scheduled account as:** _____
　　　　(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
　　Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

　　**Nature of property or right of setoff:**　☐ Real Estate　　☐ Motor Vehicle　　☐ Other
　　**Describe:**

　　**Value of Property: $**_____　**Annual Interest Rate**___%

　　**Amount of arrearage and other charges as of time case filed included in secured claim,**

　　**if any: $**_____　**Basis for perfection:** _____

　　**Amount of Secured Claim: $**_____　**Amount Unsecured: $**_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **MAIL CLAIM TO:**<br><br>U.S. Bankruptcy Court<br>1515 North Flager Drive<br>Suite 801<br>West Palm Beach, FL 33401 |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**B10 (Official Form 10) (04/10) - Cont.**

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____   _____**INFORMATION**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 113C-9           User: delaran                Page 1 of 2                   Date Rcvd: Oct 21, 2010
Case: 10-41951                 Form ID: B9I                 Total Noticed: 60


The following entities were noticed by first class mail on Oct 23, 2010.
db/jdb         +John T Heaston,    Frances L Heaston,    10631 Bexley Blvd,    Boca Raton, FL 33428-1212
aty            +Christian J. Olson, Esq.,    4901 NW 17 Way # 503,    Fort Lauderdale, FL 33309-3774
tr             +Robin R Weiner,    www.ch13weiner.com,    POB 559007,    Fort Lauderdale, FL 33355-9007
88598229       +5th 3rd Bk,    Pob 1117,    Piqua, OH 45356-1117
88598230       +Abn Amro Mortgage Grou,    2600 West Big Beaver Road,    Troy, MI 48084-3318
88598236       +Bealls Department Stor,    1806 38th Ave E,    Bradenton, FL 34208-4700
88598239       +Capital One Bank,    c/o Hyat, Hyat, & Landau,    7765 SW 87 Ave,    Suite 101,
                 Miami, FL 33173-2535
88598240       +Capital One Bank (USA),    c/o Sprechman & Associates, P.A.,    2775 Sunny Isles Blvd #100,
                 North Miami Beach, FL 33160-4078
88598244       +Chase Manhattan,    Attn: Bankruptcy Research Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
88598245       +Chase Manhattan Mtge,    3415 Vision Dr,    Columbus, OH 43219-6009
88598246       +Chase Mtg,    10790 Rancho Bernardo Rd,    San Diego, CA 92127-5705
88598248       +Citifinancial Retail Services,    Citifinancial/Attn: Bankruptcy Dept,    1111 Northpoint Dr,
                 Coppell, TX 75019-3831
88598249       +Discover Bank,    c/o Zakheim & Associates, P.A.,    1045 S University Dr #202,
                 Plantation, FL 33324-3333
88598251       +Fifth Third Bank,    C/O Bankruptcy Dept, Mdropso5,    1850 East Paris,
                 Grand Rapids, MI 49546-6210
88598252       +First Equity Card,    c/o LHR Inc,    56 Main St,    Hamburg, NY 14075-4905
88598253       +First Federal Svgs Bk/,    1 No Main St,    Fall River, MA 02720-2119
88598262      ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
                (address filed with court: Hsbc/casml,    Po Box 15524,    Wilmington, DE 19850)
88598266       +Liberty Leas,    120 West 2nd Stree,    Dayton, OH 45402-1604
88598269       +Mahogony Services, Inc,    21 SE 5 St # 100,    Boca Raton, FL 33432-6084
88598270       +Mission Bay Community Association, Inc,    10555 Diego Dr South,    Boca Raton, FL 33428-1202
88598271       +Mortgage Service Cente,    Attn: Bankruptcy,    2001 Bishops Gate Blvd,    Mt Laurel, NJ 08054-4604
88598272       +NCO Financial Systems,    507 Prudential Rd,    Horsham, PA 19044-2368
88598275       +Talbots,    175 Beal St,    Hingham, MA 02043-1512
88598278       +Tnb-visa,    Po Box 560284,    Dallas, TX 75356-0284
88598279       +Unifund,    Attention: Bankruptcy,    10625 Techwood Circle,    Cincinnati, OH 45242-2846
88598281       +Webster Bank,    609 W Johnson Ave,    Cheshire, CT 06410-4502
88598282       +Wffnatbank,    Bankruptcy,    4137 121st St,    Urbandale, IA 50323-2310
88598284       +World Omni F,    P.o. Box 991817,    Mobile, AL 36691-8817

The following entities were noticed by electronic transmission on Oct 22, 2010.
smg             EDI: FLDEPREV.COM Oct 21 2010 22:28:00      Florida Department of Revenue,    POB 6668,
                 Bankruptcy Division,    Tallahassee, FL  32314-6668
ust             E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov                            Office of the US Trustee,
                 51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
88598231        EDI: HNDA.COM Oct 21 2010 22:33:00      American Honda Finance,    Po Box 1027,
                 Alpharetta, GA 30009
88598232        EDI: ACCE.COM Oct 21 2010 22:33:00      Asset Acceptance,    Po Box 2036,    Warren, MI 48090-2036
88598234       +EDI: BANKAMER2.COM Oct 21 2010 22:33:00      Bank Of America,    Po Box 17054,
                 Wilmington, DE 19850-7054
88598235       +EDI: BANKAMER.COM Oct 21 2010 22:28:00      Bank Of America,    Attn: Bankruptcy NC4-105-03-14,
                 Po Box 26012,    Greensboro, NC 27420-6012
88598233       +EDI: BANKAMER.COM Oct 21 2010 22:28:00      Bank Of America,    4161 Piedmont Pkwy,
                 Greensboro, NC 27410-8119
88598237       +EDI: BANKAMER2.COM Oct 21 2010 22:33:00      Bk Of Amer,    Po Box 17054,
                 Wilmington, DE 19850-7054
88598238       +EDI: TSYS2.COM Oct 21 2010 22:28:00      Burdine's,    Attention: Bankruptcy,    Po Box 8053,
                 Mason, OH 45040-8053
88598243        EDI: CHASE.COM Oct 21 2010 22:33:00      Chase,    Po Box 1093,    Northridge, CA 91328
88598241       +EDI: AIS.COM Oct 21 2010 22:33:00      Capital One, N.a.,    C/O American Infosource,
                 Po Box 54529,    Oklahoma City, OK 73154-1529
88598242       +EDI: CHASE.COM Oct 21 2010 22:33:00      Chase,    Po Box 15298,    Wilmington, DE 19850-5298
88598247        EDI: CITICORP.COM Oct 21 2010 22:33:00      Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
88598250       +EDI: DISCOVER.COM Oct 21 2010 22:28:00      Discover Fin,    Attention: Bankruptcy Department,
                 Po Box 3025,    New Albany, OH 43054-3025
88598255        EDI: CHASE.COM Oct 21 2010 22:33:00      First Usa Bank N A,    3565 Piedmont Rd Ne,
                 Atlanta, GA 30305
88598254       +EDI: CHASE.COM Oct 21 2010 22:33:00      First Usa Bank N A,    1001 Jefferson Plaza,
                 Wilmington, DE 19801-1493
88598256        EDI: RMSC.COM Oct 21 2010 22:28:00      GE Mongram Bank / JC Penney Dc,    Attn: Bankruptcy,
                 Po Box 103126,    Roswell, GA 30076
88598257       +EDI: RMSC.COM Oct 21 2010 22:28:00      GEMB / HH Gregg,    Attention: Bankruptcy,    Po Box 103106,
                 Roswell, GA 30076-9106
88598258       +EDI: RMSC.COM Oct 21 2010 22:28:00      Gemb/city Furniture,    Po Box 981439,
                 El Paso, TX 79998-1439
88598259       +EDI: RMSC.COM Oct 21 2010 22:28:00      Gemb/gap,    Po Box 981400,    El Paso, TX 79998-1400
88598260       +EDI: RMSC.COM Oct 21 2010 22:28:00      Gemb/jcp,    Attention: Bankruptcy,    Po Box 103104,
                 Roswell, GA 30076-9104
88598261       +EDI: HFC.COM Oct 21 2010 22:28:00      Hsbc Best Buy,    Attn: Bankruptcy,    Po Box 5263,
                 Carol Stream, IL 60197-5263
88598263       +EDI: HFC.COM Oct 21 2010 22:28:00      Hsbc/neimn,    Hscb Retail Srvs/ Attn: Bankruptcy,
                 Po Box 5263,    Carol Stream, IL 60197-5263
88598264        EDI: IRS.COM Oct 21 2010 22:33:00      IRS,    PO Box 21126,    Philadelphia, PA 19114
88598265       +EDI: CBSKOHLS.COM Oct 21 2010 22:33:00      Kohls/chase,    Po Box 3115,    Milwaukee, WI 53201-3115
88598267       +EDI: RESURGENT.COM Oct 21 2010 22:33:00      Lvnv Funding Llc,    Po Box 740281,
                 Houston, TX 77274-0281
88598268       +EDI: TSYS2.COM Oct 21 2010 22:28:00      Macys/fdsb,    Macy's Bankruptcy,    Po Box 8053,
                 Mason, OH 45040-8053
```

```
District/off: 113C-9          User: delaran           Page 2 of 2            Date Rcvd: Oct 21, 2010
Case: 10-41951                Form ID: B9I            Total Noticed: 60

The following entities were noticed by electronic transmission (continued)
88598273     +EDI: SEARS.COM Oct 21 2010 22:28:00     Sears/cbsd,   Sears Bk Recovery,   Po Box 20363,
              Kansas City, MO 64195-0363
88598274     +EDI: SEARS.COM Oct 21 2010 22:28:00     Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
88598276     +EDI: WTRRNBANK.COM Oct 21 2010 22:33:00     Target,   Po Box 9475,   Minneapolis, MN 55440-9475
88598280     +EDI: TSYS2.COM Oct 21 2010 22:28:00     Visdsnb,   Attn: Bankruptcy,   Po Box 8053,
              Mason, OH 45040-8053
88598283     +EDI: WFNNB.COM Oct 21 2010 22:33:00     Wfnnb/ann Taylor,   Po Box 182273,
              Columbus, OH 43218-2273
                                                                                              TOTAL: 32

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
88598277*    +Target,   Po Box 9475,   Minneapolis, MN 55440-9475
                                                                                     TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 23, 2010**                        **Signature:**   _Joseph Speetjens_